

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable H. A. Jamison, Commissioner
State Department of Banking
Austin 14, Texas

Dear Sir:
       Opinion No. O-6511
       Re: Authority of the Banking
       Commissioner to employ two
       additional senior bank
       examiners and two addition-
       al junior examiners to those
       for whom specific appropria-
       tions have been made by the
       Legislature.

  We beg to acknowledge receipt of your inquiry as follows:

  "Article 4 Chapter II of The Texas Banking Code reads in part as follows:

  "'The Commissioner shall appoint not exceeding one bank examiner and one assistant bank examiner for each forty corporations subject to examination by the Banking Department.'

  "There are at the present time subject to examination by our State bank examiners the following:

    "406 State banks
     91 credit unions
     6 loan and brokerage companies
    503 Total Corporations

  "In addition to the types of institutions hereinabove identified subject to our examining jurisdiction you are advised that through our building and loan division we are required to

Hon. H. A. Jamison,  page 2

supervise 55 building and loan associations,
which are regularly examined by a building
and loan examiner appointed pursuant to the
provisions of law set out in the building
and loan code.

"Our itemized appropriation as set out
in the Departmental Appropriation Bill ex-
tends a salary authorization for ten exam-
iners and ten assistant examiners. We have
heretofore presumed that the Departmental
Appropriation Bill superseded the statutory
expression as it had to do with salaries to
be paid and we hold the opinion of our of-
fice Counsel on this point, but we have not
heretofore had occasion to determine whether
or not we would be authorized, under the law
to appoint additional examiners under the
reference to one examiner and one assistant
for each forty corporations, and if so
whether or not we would be permitted to pay
said additional examiners and assistant
examiners out of our receipts an amount
comparable to the sum paid to individuals
occupying the same position under the
itemized appropriation bill.

"In summary, therefore, we should like
your advice as to the following:

"1. Are we authorized to employ two
additional senior bank examiners and two
additional junior examiners?

"2. If your answer to the question next
above is in the affirmative then please advise
if we are authorized to pay such persons out
of our receipts or moneys collected, and if
so would we be bound by the minimum salary
authorization, or the maximum salary permitted
in the itemized section of the Departmental
Appropriation Bill as it has to do with the
Banking Department."

Hon. H. A. Jamison, page 3

As you point out, the Banking Code authorizes the Commissioner to appoint not exceeding one bank examiner and one assistant bank examiner for each forty corporations subject to examination by the Banking Department.

You state you have 406 state banks and 91 credit unions subject to your examination. Thus, you have a total of 497 corporations subject to examination by the Banking Department in these two types of corporations making up your complement of institutions entitling you under the Code to twelve bank examiners and twelve assistant bank examiners. It is not necessary therefore for us to consider the six loan and brokerage companies under your supervision subject to examination, and we do not do so in view of the fact that the present appropriation in Items 15 and 16 provides for two Building and Loan-Loan and Brokerage Examiners.

Senate Bill No. 363 passed at the Regular Session of the 48th Legislature (General and Special Laws of Texas 1943, p.415) declares:

"The salaries of all state officers and all state employees, except those constitutional state officers whose salaries are specifically fixed by the Constitution, and except the salaries of the district judges and other compensation of district judges shall be, for the period beginning September 1, 1943, and ending August 31, 1945, in such sums or amounts as may be provided for by the Legislature in the general appropriation bill."

It likewise repeals all laws and parts of laws fixing the salaries of such state officers and employees.

The appropriation act, as pointed out by you, makes provision for ten bank examiners and ten assistant bank examiners and no more. So that, while the appropriation act has not repealed the Banking Code authorizing an examiner and assistant examiner for each forty corporations subject to the Commissioner's examination - nor could an appropriation bill have such effect - yet it has effectually denied an appropriation beyond the ten examiners and ten assistant examiners provided for, and moreover,

Hon. H. A. Jamison, page 4

the statute above quoted has repealed any possible legal provision for any statutory salaries other than those to be named in the appropriation bill.

Under these circumstances it is idle to speculate upon the question whether, if the additional examiners and assistant examiners were appointed by you, and if they were to perform their official duties for the remainder of the biennium the succeeding Legislature would be authorized to make, or would make an appropriation to pay them. So that for all practical purposes, your first question should be answered in the negative.

What we have said renders it unnecessary to answer your second question.

APPROVED APR 13 1945

ATTORNEY GENERAL OF TEXAS

OS:LJ

Yours very truly,

ATTORNEY GENERAL OF TEXAS

BY

Ocie Speer
Assistant


APPROVED
OPINION
COMMITTEE
BY